UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KAREN BRADLEY and CARMEN ASHWORTH, <br> Plaintiffs, <br><br> v. <br><br> ACE FOSTER CARE AND PEDIATRIC HOME NURSING AGENCY CORP. and ELLIOTT CUNNINGHAM, <br> Defendants. | ) ) ) ) ) ) CAUSE NO.: 2:14-CV-329-TLS-PRC ) ) ) ) ) ) |

**ORDER**

This matter is before the Court *sua sponte*. On September 30, 2014, Defendant Elliott Cunningham, *pro se*, filed a combined "Answer and Motion to Dismiss" as an individual and on behalf of Defendant Ace Foster Care and Pediatric Home Nursing Agency Corporation [DE 6].

Corporations and other parties that are not natural persons can appear in the federal courts only through licensed counsel and may not appear pro se or through ordinary agents. *See Rowland v. California Mens Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993). Although individuals may represent themselves in federal court, *see* 28 U.S.C. § 1654, an individual (who is not a licensed attorney) cannot represent any other individual or a legal abstraction, such as a corporation or trust, even if that individual is the agent or administrator. *See Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985). Thus, Defendant Elliott Cunningham cannot represent the corporate defendant and may only make filings as an individual.

Accordingly, the Court hereby **STRIKES** the Answer and Motion to Dismiss [DE 6] and **EXTENDS** the deadline to respond to the Complaint to **October 24, 2014**.

So ORDERED this 1st day of October, 2014.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Pro se Defendant, Elliott Cunningham